FILED
May 11 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JenniferS  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>VICTOR CANTERO,<br>　aka "Scooby,"<br><br>　　　　　　　Defendant. | Case No.　'21 CR1407 DMS<br><br>I N D I C T M E N T<br><br>21, U.S.C., Sec. 841(a)(1) –<br>Distribution of Methamphetamine;<br>Title 21, U.S.C., Sec. 853 –<br>Criminal Forfeiture |

The grand jury charges:

Count 1

On or about November 19, 2019, within the Southern District of California, defendant VICTOR CANTERO, aka "Scooby," did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 107 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 2

On or about December 3, 2019, within the Southern District of California, defendant VICTOR CANTERO, aka "Scooby," did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 54 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

MJS:nlv:San Diego:5/10/21

Count 3

On or about January 8, 2020, within the Southern District of California, defendant VICTOR CANTERO, aka "Scooby," did knowingly and intentionally distribute, 5 grams and more, to wit: approximately 27.2 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant VICTOR CANTERO, aka "Scooby," shall forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

//

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: May 11, 2021.



RANDY S. GROSSMAN
Acting United States Attorney

By:   /s/ MJS
MATTHEW J. SUTTON
ADAM GORDON
Assistant U.S. Attorneys